**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 07, 2010.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| MARCUS SAENZ § | | CASE NO. 10-12422-HCM |
| § | | |
| Debtor § | | (Chapter 7) |
| § | | |
| MARCUS SAENZ § | | |
| § | | |
| Plaintiff § | | ADV. CASE NO. 10-1137-HCM |
| § | | |
| vs. § | | |
| § | | |
| LEHMAN BROTHERS BANK, FSB § | | |
| And AURORA LOAN SERVICE § | | |
| Defendants § | | |

### ORDER DISMISSING ADVERSARY PROCEEDING

The Court recently reviewed the docket in the above-referenced adversary proceeding. Plaintiff filed the Complaint in this adversary proceeding on October 21, 2010. The Court entered an Order Dismissing the Debtor's bankruptcy case on November 19, 2010. As the main case has been dismissed, this Court no longer has jurisdiction to hear this adversary proceeding. It is therefore

ORDERED, ADJUDGED AND DECREED that this Adversary Proceeding be, and it hereby is, DISMISSED without prejudice.

###